UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Ashley Morway,

    Plaintiff(s),

v.                                                                Civil Action No. 2:20-cv-195

Commissioner of Social Security,

    Defendant(s).

## **ORDER**

On or before February 1, 2021, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 5th day of January 2021.

                                                   /s/ John M. Conroy
                                                 John M. Conroy
                                                 United States Magistrate Judge